# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:                                                                             Case Number:  3:10−bk−31042  
Anthony Thomas Blakley                                 Chapter:  7  
Frieda Fountain Blakley  
    Debtor(s)

## NOTICE OF REQUIREMENT TO FILE A
## STATEMENT OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT
## (Official Form 23)

      Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtors Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.

      Debtor(s) and/or debtor(s) attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

                                                        Danny W. Armstrong  
                                                        Clerk of the Bankruptcy Court

3/8/10                                                    By: __MDT_____  
DATE                                                  Deputy Clerk

                *NOTE: Official Form 23 (Debtors Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7, chapter 11 in which § 1141(d)(3) applies and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

# CERTIFICATE OF NOTICE

```
District/off: 0649-3          User: truanm              Page 1 of 1              Date Rcvd: Mar 08, 2010
Case: 10-31042                Form ID: ntcrtfsc         Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 10, 2010.
db/jdb      +Anthony Thomas Blakley,   Frieda Fountain Blakley,   1120 Edgewater Way,
             Lenoir City, TN 37772-4994

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**                    Signature:    _Joseph Speetjens_